# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144349

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RUBY & ASSOCIATES, P.C. and DAVID I. RUBY,

     Plaintiffs/Counter-Defendants/
     Respondents-Appellees,

v

GEORGE W. SMITH & COMPANY, P.C.,
GEORGE W. SMITH, and JOYCE W. MILLER,

     Defendants/Counter-Plaintiffs,

and

THE GILES LAW FIRM,

     Petitioner-Appellant.

_____/

SC: 144349
COA: 297266
Oakland CC: 2003-054535-NM

On order of the Court, the application for leave to appeal the October 4, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012 _____

_____
Clerk

h0917